Same case below, 617 F.3d 581.

**No. 10-700. Creative Compounds, LLC, Petitioner v. Sabinsa Corporation.**

562 U.S. 1140, 131 S. Ct. 960, 178 L. Ed. 2d 757, 2011 U.S. LEXIS 143.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 609 F.3d 175.

**No. 10-706. Roger Marx Desenberg, Petitioner v. Google, Inc.**

562 U.S. 1140, 131 S. Ct. 962, 178 L. Ed. 2d 757, 2011 U.S. LEXIS 55.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 392 Fed. Appx. 868.

**No. 10-710. Russell B. Mullins, Petitioner v. United States.**

562 U.S. 1140, 131 S. Ct. 963, 178 L. Ed. 2d 757, 2011 U.S. LEXIS 365.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 69 M.J. 113.

**No. 10-716. Amy Maldonado, Petitioner v. LogLogic, Inc.**

562 U.S. 1140, 131 S. Ct. 963, 178 L. Ed. 2d 757, 2011 U.S. LEXIS 576.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 383 Fed. Appx. 9.

**No. 10-726. Joseph P. Ganim, Petitioner v. United States.**

562 U.S. 1140, 131 S. Ct. 967, 178 L. Ed. 2d 757, 2011 U.S. LEXIS 559.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-737. Rande H. Lazar, Petitioner v. United States.**

562 U.S. 1140, 131 S. Ct. 973, 178 L. Ed. 2d 757, 2011 U.S. LEXIS 457.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 604 F.3d 230.

**No. 10-5128. Juan A. Moreno-Padilla, Petitioner v. United States.**

562 U.S. 1140, 131 S. Ct. 897, 178 L. Ed. 2d 757, 2011 U.S. LEXIS 477.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 602 F.3d 802.